**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JACKIE SCOTT**                                                                  **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 3:13CV00168-DMB-JMV**

**CORRECTIONS CORPORATION
OF AMERICA, ET AL.**                                                      **DEFENDANTS**

**ORDER**

      Before the court is Defendant's Motion [20] to Strike Plaintiff's First Amended Complaint [19]. For the reasons stated in Defendant's Memorandum in Support of its Motion to Strike [21], the instant motion is **GRANTED**, and Plaintiff's First Amended Complaint [19] is hereby **STRICKEN** and deemed to be of no effect. Nevertheless, considering Plaintiff's *pro se* status and the fact that the putative amendment was filed within the scheduling order deadline for amendments to pleadings, Plaintiff shall have seven (7) days from this date to file a motion to amend her complaint. Plaintiff is further directed that the proposed amended complaint must be attached to said motion.

      **SO ORDERED** this 13th day of January, 2014.


                                                              **/s/ Jane M. Virden**
                                                               UNITED STATES MAGISTRATE JUDGE